No. 4163.—Suárez, aplte., v. Canino, apldo.— C. D. San Juan. Julio 28, 1928.

Por cuanto por las alegaciones y la prueba convenimos con la corte inferior y con el apelado en que éste es un pleito ordinario de *injunction,* y no el procedimiento especial autorizado por las leyes de 1913 y 1917;

Por cuanto la Corte de Distrito de San Juan, en el procedimiento de *injunction* preliminar, practicó una inspección

ocular de las propiedades en cuestión y llegó a una conclusión que formó parte de la prueba para la vista final del caso;

POR CUANTO no se ha elevado a este tribunal ni el informe ni cualquiera de los planos y fotografías a que se refiere el apelante en su alegato;

POR CUANTO éste es un litigio en que está envuelto el derecho a una pared, habiendo resuelto la corte de distrito las cuestiones en controversia a favor del demandado;

POR CUANTO toda la prueba del demandado tendió a demostrar fuertemente que la pared siempre le perteneció, y le había pertenecido durante algunos años;

POR CUANTO la prueba documental del demandante, en tanto en cuanto no fué presentada a instancias suyas, sólo tendió a probar la existencia de un solar que colindaba con el solar del demandado, pero no la pertenencia de una pared.

POR CUANTO la prueba documental relativa a una escritura otorgada en 1924 y el informe de un agrimensor fué prueba presentada a instancias del demandante;

POR CUANTO el conflicto en la prueba testifical favoreció al demandado, y así necesariamente lo resolvió la corte inferior;

POR CUANTO el alegato del apelante no contiene una exposición concisa de los hechos, según lo exige el reglamento de este tribunal;

POR TANTO, debe confirmarse la sentencia apelada.